**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Christine M. Arguello**

Civil Action No. 14-cv-03127-CMA-NYW

PETER PALUMBO and SHARON PALUMBO,

    Plaintiffs,

v.

SAFECO INSURANCE COMPANY OF AMERICA,

    Defendant.

_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

    Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Stipulation for Dismissal with Prejudice (Doc. # 22), signed by the attorneys for the parties hereto, it is

    ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay its own attorney fees and costs.

    DATED: June 11, 2015

                                    BY THE COURT:

                                    _____
                                    CHRISTINE M. ARGUELLO
                                    United States District Court Judge